156 So. 582

## Ex parte R. H. BYRD CONTRACTING CO.

### 6 Div. 605.

Supreme Court of Alabama.
June 21, 1934.

Rehearing Denied Oct. 4, 1934.

Walter S. Smith and Andrew H. Knight, both of Birmingham, for petitioner.

Locke & Creel, of Birmingham, opposed.

PER CURIAM.

Petition of John Denson, as judge of the circuit court of Jefferson county, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court, awarding mandamus, in Ex parte R. H. Byrd Contracting Co., 156 So. 579.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.